# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JIMIL MUHAMMED SHEIKH,

        **Plaintiff,**

-vs-                                  Case No. 6:13-cv-1845-Orl-28KRS

CAMILLE MARTIN, et al.,

        **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed November 26, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 4, 2014 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED without prejudice**.

3. Plaintiff's federal civil rights claims against Judge Grimes are **DISMISSED**. The Court **DECLINES** to exercise supplemental jurisdiction and thus the fourteen state-law causes of actions are **DISMISSED**.

4. Plaintiff is granted leave to file an Amended Complaint and an Amended Application to Proceed In Forma Pauperis within fourteen (14) days from the date of this Order if he can set forth causes of action that come within the purview of this Court's jurisdiction. Plaintiff shall adhere to the recommendations in the Report and Recommendation as well as all applicable statutes, case law, the Federal Rules of Civil Procedure, and the Court's Local Rules.

5. Failure to file a proper amended complaint within the time specified herein, may result in this case being closed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24 day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party